UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANTONE A. HOLMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14CV418 |
| SGT WILLIS RICHARD BRYANT, et al., | ) ) ) ) |
| Defendant(s). | ) ) ) |

ORDER

On June 19, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #5] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #3], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim on which relief may be granted and for seeking damages from defendants who are immune from such relief.

This, the 22nd day of July, 2014.

_____
United States District Judge